IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| United States, | Case No. 16 CR 516 |
| Plaintiff, | BOP REPORT DATE |
| -vs- | JUDGE JACK ZOUHARY |
| Alan Beauchamp, et al., | |
| Defendants. | |

Several Defendants made requests to self-report for any prison sentence handed down at the March sentencings. This Court denied those requests without prejudice (Docs. 1623, 1629) until it had the chance to confer with the U.S. Marshal Service and the Bureau of Prisons ("BOP").

This Court has now conferred with the BOP and the U.S. Marshal Service, advising them of the March sentencings. Absent violations of release conditions, Defendants can expect to receive a self-report date to a BOP facility around thirty days (perhaps a little longer) after their respective sentencing. Given the year-long delay in sentencings, and with the time estimate provided in this Order, Defendants should not expect to receive a continuation of their respective BOP report date.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

March 3, 2021