UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 3:16-CR-516-JJZ |
| v. | § | |
| | § | |
| MICHAEL BASSEM RIMLAWI (10) | § | |

## REQUEST TO FILE TEXT ONLY EVENT

Dr. Rimlawi, with this filing and without opposition, respectfully requests the court to create a text only event to document the filing of the attached thumb drive. The thumb drive contains confidential production materials from Aetna, Cigna and UnitedHealthcare, many of which are native Excel spreadsheets.

Respectfully submitted,

/s/ David Gerger
David Gerger
Texas Bar No. 07816360
dgerger@ghmfirm.com
GERGER HENNESSY & MCFARALNE LLP
1001 Fannin, Suite 2450
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax
**Attorney in Charge for Mike Rimlawi**

Stephen F Malouf
Jonathan Andrew Nockels
Malouf & Nockels LLP
6688 N Central Expressway, Suite 1050
Dallas, TX 75206
Telephone: 214-969-7373
Email: maloufs@smalouf.com
Email: jnockels@smalouf.com
**Of Counsel**

## CERTIFICATE OF SERVICE

I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ David Gerger
David Gerger



